FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, v. F. J. MUMM CONTRACTING COMPANY and Others, Appellants.— Judgment reversed on the law and a new trial granted, with costs to the appellants to abide the event. Memorandum. Even if it be assumed that in the action entitled *Vorce* v. *Town of Tonawanda*, this defendant F. J. Mumm Contracting Company was sufficiently vouched into the action so as to be bound by the judgment — neither in the judgment roll in that action nor in the testimony presented upon the instant trial does it sufficiently appear that negligence of the Mumm Company was a contributing cause of the death of Kenneth Vorce. The burden of proof as to this was upon

plaintiff. (*Parisi* v. *Hubbard*, 226 App. Div. 280, 282.) All concur. Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.